

# United States District Court
# Eastern District of California

| K.L. | Case Number: 2:25-cv-01763-CKD |

**Plaintiff(s)**

V.

| Beverly Lodge et al. |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

**Defendant(s)**

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jeremy W. Hoshor-Johnson hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
K.L.

On  12/9/2024  (date), I was admitted to practice and presently in good standing in the Southern District of Ohio  (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[X] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
J.M. v. Red Roof Franchising, LLC et al.; Applied 12/10/2024 - Granted

Date: 7/1/2025       Signature of Applicant: /s/ Jeremy W. Hoshor-Johnson

U.S. District Court – Pro Hac Vice Application        Page 1
Revised July 6, 2021

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Jeremy W. Hoshor-Johnson |
| Law Firm Name: | Babin Law, LLC |
| Address: | 10 W. Broad Street |
| | Suite 900 |
| City: | Columbus    State: OH    Zip: 43215 |
| Phone Number w/Area Code: | 614-761-8800 |
| City and State of Residence: | Columbus, OH |
| Primary E-mail Address: | jeremy.hoshorjohnson@babinlaws.com |
| Secondary E-mail Address: | N/A |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Meagan Verschueren |
| Law Firm Name: | Singleton Schreiber |
| Address: | 591 Camino de la Reina |
| | Suite 1025 |
| City: | San Diego    State: CA    Zip: 92108 |
| Phone Number w/Area Code: | (619) 771-3473    Bar # 313117 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 3, 2025

*Carolyn K. Delaney*
JUDGE, U.S. DISTRICT COURT
Carolyn K. Delaney, US Magistrate Judge



# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

 I, MICHEL JENDRETZKY, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Jeremy Wayne Hoshor-Johnson**
Attorney Registration No. **0075502**

was admitted to the practice of law in Ohio on November 18, 2002; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 21st day of November, 2024.

MICHEL JENDRETZKY
*Director, Attorney Services Division*

Penny Marchal, *Attorney Services Coordinator*
*Office of Attorney Services*

No. 2024-11-21-1
Verify by email at GoodStandingRequests@sc.ohio.gov