

# United States District Court
# Eastern District of California

K.L.

Plaintiff(s)

V.

Beverly Lodge et al

Defendant(s)

Case Number: 2:25-cv-01763

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Ian James Stegmaier hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

K.L.

On ___11/17/2008___ (date), I was admitted to practice and presently in good standing in the ___Supreme Court of Ohio___ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: ___02/25/2026___         Signature of Applicant: /s/ ___Ian James Stegmaier___

**Pro Hac Vice Attorney**

Applicant's Name: Ian James Stegmaier

Law Firm Name: Babin Law, LLC

Address: 10 W Broad Street

Ste 900

City: Columbus    State: OH    Zip: 43215

Phone Number w/Area Code: (380) 219-2152

City and State of Residence: West Chester, OH

Primary E-mail Address: ian.stegmaier@babinlaws.com

Secondary E-mail Address: ijstegmaier@aol.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Meagan Verschueren

Law Firm Name: Singleton Schreiber, LLP

Address: 591 Camino De La Reina

Suite 1025

City: SanDiego    State: CA    Zip: 92106

Phone Number w/Area Code: (619) 255-4953    Bar # 313117

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 26, 2026    _____

JUDGE, U.S. DISTRICT COURT